Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
COLLECTO, INC., dba, EOS CCA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISON

| | |
|---|---|
| JOEL MOLINA,<br><br>  Plaintiff,<br><br>vs.<br><br>COLLECTO, INC., dba, EOS CCA,<br><br>  Defendant. | CASE NO.<br><br>**NOTICE OF REMOVAL** |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant COLLECTO, INC., dba EOS CCA ("Defendant") hereby files this notice of removal under 28 U.S.C. §1446(a).

## INTRODUCTION

1. Defendant is COLLECTO, INC., dba EOS CCA. Plaintiff is JOEL MOLINA ("Plaintiff").

2. Upon information and belief, Plaintiff initially filed this case on September 25, 2015, in the Superior Court of California, County of San

{00041718;1}

1

NOTICE OF REMOVAL

08322.00

Bernardino, Limited Jurisdiction, Case No. CIVD51513968. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A."

3. On November 12, 2015, Defendant was served with the copy of Plaintiff's Complaint.

4. As Defendant received Plaintiff's Complaint on November 12, 2015, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966.)

### A. BASIS FOR REMOVAL

5. Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996.) Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. § 1692, *et seq.* for alleged violations of the Fair Debt Collection Practices Act. It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

### B. JURY DEMAND

8. Plaintiff demands a jury in the state court action. Defendant also demands a jury trial.

///

## C. CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

DATED: December 11, 2015         CARLSON & MESSER LLP

                                By: /s/ Tamar Gabriel
                                    Charles R. Messer
                                    David J. Kaminski
                                    Tamar Gabriel
                                    Attorneys for Defendant,
                                    COLLECTO, INC. dba EOS CCA

{00041718;1}

3

NOTICE OF REMOVAL

08322.00