# United States District Court
# Central District of California

| | |
|---|---|
| JOEL MOLINA,<br><br>          Plaintiff,<br><br>   v.<br><br>COLLECTO, INC.<br><br>          Defendant. | Case No. 5:15-cv-2533-ODW(DTBx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 19), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than June 2, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

May 3, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**