Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEL MOLINA,** | ) Case No. 5:15-cv-02533-ODW-DTB |
| Plaintiff, | ) **JOINT STIPULATION TO** )  **DISMISS WITH PREJUDICE** |
| vs. | ) |
| **COLLECTO, INC.,** dba **EOS CCA,** | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 2nd day of June, 2016

                         By: <u>s/Todd M. Friedman, Esq.</u>
                              TODD M. FRIEDMAN
                              Attorney for Plaintiff

                         By: <u>s/Tamar Gabriel, Esq.</u>
                              TAMAR GABRIEL
                              Attorney for Defendant

Filed electronically on this 2nd day of June, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Otis D. Wright, II
United States District Court
Central District of California

Charles R Messer
Carlson and Messer LLP

David J Kaminski
Carlson and Messer LLP

Tamar Gabriel
Carlson and Messer LLP

This 2nd day of June, 2016.
s/Todd M. Friedman
TODD M. FRIEDMAN